IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTIE SMITH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 313-001 |
| SERENITY HOSPICE CARE, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On November 7, 2014, the parties to this action filed a Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A), pursuant to the terms of a settlement agreement. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** this case, *each of the parties to bear their own costs.*

**IT IS SO ORDERED** this 12th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE